# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LESLEY KAPLAN,** *on behalf of herself and others similarly situated*,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**TRANS UNION, LLC,**<br>　　　　　　　Defendant. | CIVIL ACTION<br><br>NO. 24CV2438 |

## O R D E R

**AND NOW**, this 18th day of December, 2024, upon consideration of Defendant Trans Union LLC's Motion for Judgment on the Pleadings (ECF No. 19), as well as all responses and replies thereto (ECF Nos. 22, 24, 25), for the reasons set forth in the accompanying memorandum, it is **HEREBY ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**