**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LESLEY KAPLAN**, *on behalf of herself and others similarly situated*, **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **TRANS UNION, LLC,** **Defendant.** | **NO. 24CV2438** |

## O R D E R

**AND NOW**, this 29th day of April, 2026, upon consideration of Plaintiff Kaplan's Motion to Certify Class (ECF No. 40, 67), Defendant's Response in Opposition thereto (ECF No. 50, 53), and after argument held this day, it is **HEREBY ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that the following class is certified pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure:

> All consumers in the United States and its Territories to whom Defendant sent a "Letter 775," similar in form to the one it sent Plaintiff on October 14, 2023 denying her block request, from two years before filing of the Complaint until the date of any class certification Order in this matter.

(1) Plaintiff Lesley Kaplan shall serve as the class representative; and

(2) The law firm of Francis Mailman Soumilas, P.C. shall serve as class counsel.

**IT IS FURTHER ORDERED** that the parties are to meet and confer and submit a proposed form of notice for the Court's approval within fourteen (14) days upon entry of this order so that the best practicable notice under the circumstances may be given to the class members. Fed. R. Civ. P. 23(c)(2)(B).

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**