**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LESLEY KAPLAN, on behalf of herself and all others similarly situated, <br><br>      *Plaintiff*, <br><br> v. <br><br> TRANS UNION LLC, <br><br>      *Defendant*. | Case No. 2:24-cv-02438-WJB |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Lesley Kaplan ("Plaintiff") and TransUnion, LLC ("Defendant" and collectively with Plaintiff, the "Parties") file this Joint Motion to Amend the Court's Scheduling Order, ECF 63. In support of the motion, the Parties aver as follows:

1.      Pursuant to the controlling Scheduling Order, ECF 63, the only outstanding events include Oppositions to Daubert and dispositive motions ("Oppositions deadline"), due May 28, 2026, and Replies in support of Daubert and dispositive motions ("Replies deadline"), due June 29, 2026.

2.      On April 29, 2026, and well after this Scheduling Order was put into effect, this Court certified a class. ECF 88. Earlier this month, Defendant petitioned the Third Circuit for review of that decision pursuant to Rule 23(f). Defendant additionally filed a motion for summary judgment and two Daubert motions.

3.      Plaintiff was required to respond to Defendant's Rule 23(f) petition in addition to the motion for summary judgment and Daubert motions. Given the number of briefs concurrently due alongside the unexpected appeal, the Parties respectfully request a seven (7) day extension of the Oppositions deadline and an eleven (11) day extension of the Replies deadline.

4.      Given this background, the Parties respectfully request the Court to modify the case deadlines in the following manner:

| Event | Extended Deadline |
|---|---|
| Oppositions to Daubert and dispositive motion(s) | June 4, 2026 |
| Replies in support of Daubert and dispositive motion(s) | July 10, 2026 |

5.      The Parties agree to these extensions. This request is not made for the purposes of delay, and no Party will be prejudiced by the extended deadlines.

WHEREFORE, the Parties respectfully request that the Court amend the Scheduling Order, ECF No. 63, vacate the existing deadlines, and impose the new deadlines referenced above.  The Parties have attached a proposed Order for the Court's consideration as **Exhibit A**.

Respectfully submitted this 27th day of May, 2026.

| By: */s/ Samantha L. Southall* | By: */s/ John Soumilas* |
|---|---|
| Samantha L. Southall (Pa. I.D. No. 80709) | John Soumilas |
| Patrick D. Doran (Pa. I.D. No. 308781) | Lauren KW Brennan |
| Argia J. DiMarco (Pa I.D. No. 312308) | James A. Francis |
| Two Liberty Place | FRANCIS MAILMAN SOUMILAS, P.C. |
| 50 S. 16th Street, Suite 3200 | 1600 Market Street, Suite 2510 |
| Philadelphia, PA 19102 | Philadelphia, PA 19103 |
| T: (215) 665-8700 | T: (215) 735-8600 |
| F: (215) 665-8760 | F: (215) 940-8000 |
| samantha.southall@bipc.com | jsoumilas@consumerlawfirm.com |
| patrick.doran@bipc.com | lbrennan@consumerlawfirm.com |
| argia.dimarco@bipc.com | jfrancis@consumerlawfirm.com |
| *Counsel for Defendant Trans Union, LLC* | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that on May 27, 2026, the foregoing *Joint Motion to Amend the Court's Scheduling Order* was electronically filed with the Clerk of the Court using the ECF system, which will send notice to all counsel of record.

/s/ *John Soumilas*
John Soumilas
