**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LESLEY KAPLAN,** *on behalf of herself* *and others similarly situated*,<br>             **Plaintiff,**<br><br>       **v.**<br><br>**TRANS UNION, LLC,**<br>             **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  24CV2438** |

**O R D E R**

**AND NOW**, this 28th day of May, 2026, it is **HEREBY ORDERED** that the Joint

Motion to Amend/Correct Scheduling Order (ECF No. 93) is **GRANTED**.  Responses to

*Daubert* and dispositive motions shall be filed **on or before June 4, 2026.**  Replies in support of

*Daubert* and dispositive motions shall be filed **on or before July 10, 2026.**

.

                              **BY THE COURT:**


                              **S/ WENDY BEETLESTONE**

                              _____
                              **WENDY BEETLESTONE, C.J.**