**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LESLEY KAPLAN, on behalf of herself and
all others similarly situated,

        *Plaintiff*,

    v.

TRANS UNION LLC,

        *Defendant*.

Case No. 2:24-cv-02438-WJB

**PLAINTIFF'S MOTION TO FILE MATERIALS UNDER SEAL IN CONNECTION
WITH HER RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR
<u>SUMMARY JUDGMENT</u>**

Plaintiff Lesley Kaplan, through her undersigned counsel, hereby seeks leave to file under seal portions of her contemporaneously filed Response in Opposition to Defendant's Motion for Summary Judgment and Plaintiff Lesley Kaplan's Statement of Disputed Facts. Specifically, Plaintiff moves to file under seal any portions of these filings that quote or otherwise reveal the contents of materials which were already ordered to be seal by this Court at ECF 85.

Pursuant to Local Civil Rule 5.1.5(a)(2) and paragraph 5 of the Stipulated Protective Order (ECF 32), Plaintiff makes this motion for leave to file the above-referenced material under seal. Pending the Court's ruling on this motion, Plaintiff will file redacted versions of the Response in Opposition to Defendant's Motion for Summary Judgment and Statement of Disputed Facts, and submit unredacted versions to the Court with the portions proposed to be sealed identified with yellow highlighting. Should the Court find that any of the material referenced herein be publicly filed, Plaintiff will promptly refile unredacted versions of same.

Dated: June 4, 2026

Respectfully,
LESLEY KAPLAN
by her attorneys,

**BY:** <u>/s/ *John Soumilas*</u>
John Soumilas
James A. Francis
Lauren KW Brennan
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
(T) 215-735-8600
(F) 215-940-8000
jsoumilas@consumerlawfirm.com
jfrancis@consumerlawfirm.com
lbrennan@consumerlawfirm.com

Erika A. Heath
**FRANCIS MAILMAN SOUMILAS, P.C.**
351 California Street, Suite 700
San Francisco, CA 94104
(T) 628-246-1352
(F) 215-940-8000
eheath@consumerlawfirm.com

*Attorneys for Plaintiff and the Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing was electronically filed on this date and that service is therefore being made electronically on counsel of record for Defendant.

Date: June 4, 2026                                  */s/ John Soumilas*
                                                    John Soumilas