## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LESLEY KAPLAN, *on behalf of herself and others similarly situated*,
**Plaintiff,**

v.

**TRANS UNION, LLC,**
**Defendant.**

CIVIL ACTION

NO.  24CV2438

## O R D E R

**AND NOW**, this 5th day of June, 2026, upon consideration of the Plaintiff Lesley Kaplan's Uncontested Motion to Seal Materials (ECF No. 98), Plaintiff's Response in Opposition to Summary Judgment (ECF No. 97), and Plaintiff's Statement of Disputed Facts (ECF No. 97.1), it is **HEREBY ORDERED** that the Motion is **GRANTED**.

Pursuant to Local Rule 5.1.5(a)(2), portions of Plaintiff's Response in Opposition and Statement of Undisputed Facts, specifically those which cite or quote pages JA 182-193 and/or JA 466-467 of the Joint Appendix of Exhibits (ECF No. 82.3), shall be **SEALED.**

.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**