**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| LESLEY KAPLAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>TRANS UNION, LLC, et al.,<br><br>    Defendant. | Case No. 2:24-cv-02438-WJB |

**DEFENDANT TRANS UNION LLC'S UNOPPOSED MOTION TO STAY**

Defendant Trans Union, LLC, by and through its undersigned counsel, moves this Court to stay all proceedings in this Court pending the resolution of its appeal to the Court of Appeals for the Third Circuit, for the reasons set forth in the accompanying Memorandum of Law and its corresponding Exhibit.

Dated: June 29, 2026

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By: */s/Samantha L. Southall*
    Samantha L. Southall (PA I.D. No. 80709)
    Patrick D. Doran (PA I.D. No. 308781)
    Argia J. DiMarco (PA I.D. No. 312308)
    50 S. 16th Street, Suite 3200
    Philadelphia, PA  19102
    T: (215) 665-8700
    F: (215) 665-8760
    samantha.southall@bipc.com
    patrick.doran@bipc.com
    argia.dimarco@bipc.com

    Christian Kohlsaat (Admitted *pro hac vice*)
    401 E. Jackson Street, Suite 2400
    Tampa, FL 33602-5236
    T: (305) 347 5720
    christian.kohlsaat@bipc.com

*Counsel for Defendant Trans Union, LLC*
*(incorrectly identified as "TransUnion, LLC")*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2026, a true and correct copy of the foregoing document was filed electronically via the Court's electronic filing system (CM/ECF) and served upon all counsel of record through the Court's electronic notification system.

*/s/ Samantha L. Southall*
Samantha L. Southall