# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLEY KAPLAN, *on behalf of herself and others similarly situated*, <br> Plaintiff, | CIVIL ACTION |
| v. | |
| TRANS UNION, LLC, <br> Defendant. | NO.  24CV2438 |

## O R D E R

**AND NOW**, this 30th day of June, 2026, upon consideration of Defendant's Unopposed Motion to Stay (ECF No. 100), it is **HEREBY ORDERED** that said Motion is **GRANTED**:

1.  Defendant's Motion to Partially Exclude the Testimony of Evan Hendricks (ECF No. 80); Motion to Exclude the Opinions and Testimony of Kermit Roosevelt (ECF No. 81); and Motion for Summary Judgment (ECF No. 82), are **DENIED WITHOUT PREJUDICE**.  Defendant has leave to refile these motions thirty (30) days after a decision is made by the Third Circuit in Defendant's appeal.

2.  The above captioned case is **STAYED** pending final resolution of Defendant's appeal in *Kaplan v. Trans Union, LLC*, No. 26-8023 (3d Cir.).

3.  The Parties **SHALL PROVIDE** status reports every ninety (90) days communicating the progress of Defendant's appeal.

.

**BY THE COURT:**

__S/ WENDY BEETLESTONE_____
**WENDY BEETLESTONE, C.J.**