UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-095

No. 26-8023

Lesley Kaplan

v.

Trans Union LLC,
Petitioner

(E.D. Pa. No. 2:24-cv-02438)

Present: PORTER, FREEMAN, and AMBRO, *Circuit Judges*

1. Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) filed by Petitioner Trans Union LLC.

2. Response on behalf of Respondent Lesley Kaplan in Opposition to Petition for Permission to Appeal under Rule 23(f).

3. Motion filed by Chamber of Commerce of the United States of America; Washington Legal Foundation; American Bankers Association to proceed as amicus on the merits in support of Appellant/Petitioner.

4. Reply by Petitioner Trans Union LLC to Response.

5. Response filed by Respondent Lesley Kaplan to motion to proceed as amicus on the merits.

Respectfully,
Clerk/amr

_____ORDER_____

The foregoing Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) is granted.
The foregoing Motion to proceed as amicus is granted.

By the Court,

s/ Arianna J. Freeman
Circuit Judge

Dated: June 25, 2026
amr/Cc: All counsel of record

A True Copy:

Patricia S. Dodszuweit, Clerk